AO 91 (Rev 8/01) Criminal Complaint

United States Courts
Southern District of Texas
FILED

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McALLEN DIVISION

*August 12, 2022*

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
V.

Jorge Jimenez-Flores

YOB: 1988    COB: Mexico

## CRIMINAL COMPLAINT

Case Number:
**M-22-1588-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __August 11, 2022__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*
knowing or in reckless disregard of the fact that Leonel Alejandro Chiguac-Chen, a citizen and national of Guatemala, and Maricela Elizabeth Quintanilla, a citizen and national of El Salvador, along with nineteen (19) other undocumented aliens, for a total of twenty-one (21) who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit; a residence located in Mission, Texas,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(iii)  FELONY__

I further state that I am a __U.S. Border Patrol Agent__ and that this complaint is based on the following facts:

On August 11, 2022, Border Patrol Agents received information regarding a house being used to harbor undocumented aliens, in Mission, Texas.

Agents, Hidalgo County Deputies and Homeland Security Investigators respond to the suspected stash house, identified themselves as law enforcement and knocked on the front door. Moments later, agents observed two (2) people attempt to exit the residence, through the rear door, before seeing the agents and running back inside, leaving the back door open. An agent approached the opened door and observed someone run into a room. Shortly after, a person, later identified as Jorge Jimenez-Flores, exited a room, and walked outside to speak to the agent. Jimenez admitted he has been renting the residence for several months, was subsequently advised of his Miranda Rights, and granted agents consent to search his residence.

Upon entry, agents and deputies located twenty-one (21) people who were determined to be illegally present in the United States. Jimenez and the undocumented aliens were placed under arrest and transported to the McAllen Border Patrol Station for processing.

Continued on the attached sheet and made a part of this complaint:    [X] Yes    [ ] No

Complaint authorized by AUSA E. Flores

/S/ Jon M. Chan
Signature of Complainant

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

Jon M. Chan          Border Patrol Agent
Printed Name of Complainant

August 12, 2022   at 4:35 p.m.         at    McAllen, Texas
Date                                         City and State

J. Scott Hacker            , U. S. Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-22-1588-M

RE:     Jorge Jimenez-Flores
CONTINUATION:

**Principal Sworn Statement:**

Jorge Jimenez-Reyes, a citizen of Mexico, was advised of his Miranda Rights, stated he understood his Rights, and agreed to provide a statement.

Jimenez stated he has been living at the residence for approximately five (5) months and pays $500 in rent. Jimenez admitted he had twenty (20) people in the residence, who he knew were illegally present in the United States. Jimenez was to receive $500 for harboring the undocumented aliens. Jimenez indicated he picked up the undocumented aliens at a grocery store and would provide them with food and water.

**Material Witness 1 Statement:**

Leonel Alejandro Chiguac-Chen, a citizen of Guatemala, was advised of his Miranda Rights, stated he understood his Rights, and agreed to provide a statement.

Chiguac claimed he crossed the Rio Grande River along with twelve (12) or thirteen (13) people. After crossing the river, Chiguac eventually arrived at Jimenez's house. Chiguac referred to Jimenez as Jorge. Chiguac stated that Jorge paid him to cook and clean and would allow him to sleep in a separate room from the other people. Chiguac indicated Jorge would receive all the people at the house and take their cellphones away.

Chiguac identified Jorge Jimenez-Flores, through a photo lineup, as the caretaker of the house.

**Material Witness 2 Statement:**

Maricela Elizabeth Quintanilla, a citizen of El Salvador, was advised of her Miranda Rights, stated she understood her rights, and agreed to provide a sworn statement without the presence of an attorney.

Quintanilla claimed she made her smuggling arrangements and has paid $13,000. Quintanilla stated she crossed the river, on a raft, with nine (9) other people and was eventually transported to the house where she was arrested. Quintanilla was received by Jimenez who instructed them to enter the house and to not make noise. When Quintanilla asked Jimenez about her arrangements, Jimenez told her she had to pay $4,000 for a "special trip" around the check point, or she would have to walk around. Quintanilla claimed they had to pay Jimenez for food and water.

Quintanilla identified Jorge Jimenez-Flores, through a photo lineup, as the subject who received her at the house.